**UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGTON**

**MAGISTRATE JUDGE HUTTON**

**MJ-09-272**
**USA  v. BRIAN LEIGH MOORE**

**[VIDEO CONFERENCE] RULE 5 INITIAL APPEARANCE:**

| | | | |
|---|---|---|---|
| [ X ] | Honorable James P. Hutton | [ X ] | Tim Ohms, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy [S] | [ X ] | Christina Hunt, Defense Counsel |
| [ X ] | Karen White, Courtroom Deputy [Y] | [ X ] | Gloria Petretee, Pretrial / Probation |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and consented to appearance by video conference. He was advised of his rights and the allegations contained in the Indictment from the Central District of California - Southern Division.  Based upon the representations contained in the Financial Affidavit, the Court appointed the Federal Defender to represent defendant in this district.

The Government has filed a Motion for Detention (Ct. Rec. 3); defendant waived Identity hearing but requested that a bail hearing be scheduled in this district.

BAIL HEARING [Video / JPH]: 9/15/09 @ 1:30 pm

FTR-S * 2:35 - 2:45 pm

[VIDEO CONFERENCE] RULE 5 INITIAL APPEARANCE:   9/11/09