# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
JAMES R. LARSEN, District Court Executive
P.O. Box 1493; Spokane, WA 99210
(509) 458-3400

September 25, 2009

U.S. District Court Clerk
Central District of California
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

RE: **USA v BRIAN LEIGH MOORE**
    EDWA No. MJ-09-272
    CDCA No. SACR09-184



FILED
2009 SEP 30 PM 12: 39
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

Enclosed is a certified copy of the docket sheet and copies of documents contained in the Eastern District of Washington Court file. Please acknowledge receipt on the duplicate letter enclosed.

Thank you,

s/ L. Stejskal, Deputy Clerk

Received this 30th day of September, 2009



_____
(Signature)

RECEIVED
OCT 05 2009
CLERK, U.S. DISTRICT COURT
SPOKANE, WA